NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-0872**

SHAWN LYNETTE COOLEY WILSON

VERSUS

BO KELVIN WILSON

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-2000-1031
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**OSWALD A. DECUIR
JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.

**MOTION DENIED. JUDGMENT AFFIRMED.**


**Martha Ann O'Neal**
**Attorney at Law**
**P. O. Box 1055**
**DeRidder, LA 70634-1055**
**(337) 462-6051**
**Counsel for Defendant/Appellant:**
    **Bo Kelvin Wilson**

**Charles A. "Sam" Jones, III**
**Attorney at Law**
**P.O. Box 995**
**DeRidder, LA 70634-0995**
**(337) 463-5532**
**Counsel for Plaintiff/Appellee:**
    **Shawn Lynette Cooley Wilson**